## City of Chicago, Defendant in Error, v. Micha Delich, Plaintiff in Error.

### Gen. No. 20,687.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in this court at the October term, 1914. Reversed. Opinion filed June 10, 1915.

### Statement of the Case.

See the statement of the case in *City of Chicago v. Delich, ante,* p. 72, the only additional facts being that the defendant in this case is the wife of Peter Delich and took some part in the altercation with the officers.

R. F. KOMPARE, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

OBSTRUCTING JUSTICE, § 1*—*when evidence insufficient to support charge of resisting officer.* The judgment below is reversed on the strength of the decision in *City of Chicago v. Delich, ante,* p. 72.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.